**Fw: Transferred case has been opened**
Sandie Thielen    to: Sarah Trebesch                                06/29/2012 03:17 PM

Sandie Thielen
Clerks Office
U.S. District Court
District of South Dakota
Rapid City, SD
605-399-6000 (office)
605-399-6006 (direct line)

----- Forwarded by Sandie Thielen/SDD/08/USCOURTS on 06/29/2012 02:16 PM -----

| | |
|---|---|
| From: | insd_cmecf@insd.uscourts.gov |
| To: | InterdistrictTransfer_SDD@sdd.uscourts.gov |
| Date: | 06/29/2012 02:01 PM |
| Subject: | Transferred case has been opened |

```
CASE: 4:12-cv-04009

DETAILS: Case transferred from South Dakota
has been opened in Southern District of Indiana
as case 1:12-cv-00897, filed 06/29/2012.
```